IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In Re | ) ) ) | Docket No. 3:21-mj-72 |
| APPLICATION OF THE UNITED STATES FOR A COMPLAINT AND ARREST WARRANT FOR CHARLES THOMAS HILBURN | ) ) ) ) ) ) | *UNDER SEAL* |

## ORDER SEALING COMPLAINT, AFFIDAVIT, ARREST WARRANT, MOTION TO SEAL, AND ORDER

UPON MOTION of the United States of America for an order directing that the Complaint, Affidavit, Arrest Warrant, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Complaint, Affidavit, Arrest Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to Kimlani.Ford@usdoj.gov).

SO ORDERED this 22nd day of March 2021.

Signed: March 22, 2021

_____
David S. Cayer
United States Magistrate Judge